# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————————

Case No. 5D23-113
LT Case No. 2022 MM 1255

———————————————————

TYRONE LUCK,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————————

On appeal from the County Court for Duval County.
Gary Flower, Judge.

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb,
Assistant Public Defender, Tallahassee, for Appellant.

Ashley Moody, Attorney General, and Julian E. Markham,
Assistant Attorney General, Tallahassee, for Appellee.


October 20, 2023


PER CURIAM.

    In this *Anders*[1] appeal, we affirm Tyrone Luck's judgment and
sentence. We remand, however, for the trial court to identify the

---

[1] *Anders v. California*, 386 U.S. 738 (1967).

statutory authority for costs imposed in his judgment and sentence. "The statutory authority for all costs imposed, whether they are mandatory or discretionary, must be cited in the written order." *Johnson v. State*, 322 So. 3d 243 (Fla. 5th DCA 2021) (quoting *Garrett v. State*, 262 So. 3d 267, 267 (Fla. 5th DCA 2019)).

AFFIRMED and REMANDED with instructions.

WALLIS, HARRIS, and MacIVER, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————